AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*  DISTRICT OF  NEVADA

MICHALE S. IOANE,

    Plaintiff,

V.

UNITED STATES OF AMERICA,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:08-CV-00517-BES-RAM**

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Defendant's Motion to Dismiss Plaintiff's Amended Complaint (#18) is **GRANTED**.

  August 10, 2009                                          **LANCE S. WILSON**
                                                                         Clerk

                                                                /s/ D. R. Morgan
                                                                   Deputy Clerk